ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| AMES 1/CONAM JV, LLC | ) | ASBCA No. 63899 |
| | ) | |
| Under Contract No. W911KB-19-C-0008 | ) | |

APPEARANCES FOR THE APPELLANT:   Anne Marie Tavella, Esq.
Matthew C. Gurr, Esq.
  Davis Wright Tremaine LLP
  Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Kristine M. Knodel, Esq.
Dena R. Ivey, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Alaska

ORDER OF DISMISSAL

By motion dated April 17, 2025, appellant indicated it wished to withdraw this appeal without prejudice. The government does not object to appellant's request. Accordingly, the appeal has been withdrawn. It is dismissed from the Board's docket without prejudice.

Dated: April 22, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63899, Appeal of AMES 1/CONAM JV, LLC, rendered in conformance with the Board's Charter.

Dated: April 22, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals